IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY A. ANDREOZZI,

    Plaintiff,                    No. CIV S-05-0894 MCE JFM P

    vs.

T. SCHWARTZ, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: December 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
andr0894.59